UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY LIOU, | Case No.  25-cv-06454-AGT (AGT) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| STRUCTURE LAW GROUP, LLP, et al., | |
| Defendants. | |

Previously, the Court granted Bethany Liou's motion for a 60-day extension of time to serve Defendants. The Court set December 27, 2025, as the new service deadline. Dkt. 9. That deadline has passed, and Liou has yet to serve Defendants.

Liou must show cause, by February 3, 2026, for why the Court shouldn't dismiss her case without prejudice for failing to timely effect service. Fed. R. Civ. P. 4(m).

The initial case management conference is rescheduled to February 27, 2026.

**IT IS SO ORDERED.**

Dated: January 27, 2026

Alex G. Tse
United States Magistrate Judge