UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BETHANY LIOU,

         Plaintiff,

    v.

STRUCTURE LAW GROUP, LLP, et al.,

         Defendants.

Case No. 25-cv-06454-AGT (AGT)

**REPORT AND RECOMMENDATION**

The Clerk of the Court shall reassign this case to a district judge. Upon reassignment, the undersigned recommends that the district judge dismiss the case without prejudice.

Plaintiff hasn't served Defendants with process. Ninety days after Plaintiff filed her complaint, she requested an extension of time to serve Defendants, and the Court granted her request. Dkt. 9. But the new service deadline, December 27, 2025, came and went without proof of service. And on January 27, 2026, the Court ordered Plaintiff to show cause for why her case shouldn't be dismissed without prejudice for failure to timely effect service. Dkt. 10. Plaintiff didn't show cause by the deadline to do so, February 3, 2026.

Dismissal without prejudice is now appropriate. The service deadline has passed, and Plaintiff hasn't shown good cause for her failure to serve Defendants with process. *See* Fed.

R. Civ. P. 4(m). Any party may object to this report within fourteen days of receiving it. *See*

28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

    The initial case management conference is vacated.

    **IT IS SO ORDERED.**

Dated: February 18, 2026

                             Alex G. Tse
                             United States Magistrate Judge