IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY LIOU,<br><br>        Plaintiff,<br><br>      v.<br><br>STRUCTURE LAW GROUP, LLP, et al.,<br><br>        Defendants. | Case No.  25-cv-06454-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE** |

Plaintiff filed her complaint on July 31, 2025 against a group of defendants based on claims stemming from a state court judgment.  Compl. (dkt. 1).  Magistrate Judge Alex Tse reviewed the complaint and issued a Report and Recommendation to dismiss the case.  R&R (dkt. 11).  Judge Tse identified Plaintiff's lack of service on Defendants as grounds for dismissal.  Id. at 1.  Judge Tse granted Plaintiff an initial extension of time to serve but Plaintiff failed to do so.  Id.  Plaintiff did not respond to Judge Tse's order to show cause regarding the lack of service as well as Judge Tse's Report and Recommendation.  Id.  The Court now adopts Judge Tse's Report and Recommendation and dismisses the action pursuant to Federal Rule of Civil Procedure 4(m).

For the foregoing reasons, the Court **DISMISSES** Plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____
CHARLES R. BREYER
United States District Judge